No. 913, Misc.   KANDL ET AL. *v.* URSE, COOK COUNTY MENTAL HEALTH CLINIC SUPERINTENDENT, ET AL.   Motion for leave to file petition for writ of habeas corpus and for other relief as to petitioner Diane Kandl dismissed pursuant to Rule 60 of the Rules of this Court. *Harry R. Booth* for petitioner Diane Kandl.   *Edward J. Hladis* for respondents.

FEBRUARY 18, 1966.

No. 970.   FEDERAL TRADE COMMISSION *v.* DEAN FOODS CO. ET AL.   C. A. 7th Cir.   Certiorari granted and case set for oral argument on Monday, March 28, 1966. *Solicitor General Marshall, Assistant Attorney General Turner, Daniel M. Friedman* and *James McI. Henderson* for petitioner.   *Hammond E. Chaffetz* for Dean Foods Co., and *L. Edward Hart, John Paul Stevens* and *Edward I. Rothschild* for Bowfund Corp., respondents.

FEBRUARY 21, 1966.

No. 407, Misc.   WILLIAMS *v.* CALIFORNIA ADULT AUTHORITY ET AL.   Motion for leave to file petition for writ of habeas corpus denied.   Petitioner *pro se.*   *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *John T. Murphy,* Deputy Attorneys General, for respondents.